**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**May 22, 2012**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

GEORGE SISNEROS,

      Plaintiff-Appellant,

v.

OFFICE OF PUEBLO COUNTY
SHERIFF; KIRK TAYLOR, Pueblo
County Sheriff; PUEBLO COUNTY
SHERIFF'S DETENTION CENTER,
John and Jane Doe deputies and
employees (to be later specifically
identified) of Pueblo County Sheriff
and Detention Center; JOHN/JANE
DOE, physicians and medical
treatment providers (to be later
specifically identified) at Pueblo
County Sheriff's Detention Center;
CITY OF PUEBLO; JAMES W.
BILLINGS, JR., Chief of Police of
Pueblo; RONALD M. ORESKOVICH,
Officer,

      Defendants-Appellees.

No. 11-1312
(D.C. No. 1:09-CV-01646-PAB-MJW)
(D. Colo.)

**ORDER AND JUDGMENT**[*]

Before **TYMKOVICH**, **BALDOCK**, and **GORSUCH**, Circuit Judges.

---

[*] This order and judgment is not binding precedent except under the
doctrines of law of the case, res judicata and collateral estoppel. It may be cited,
however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th
Cir. R. 32.1.

Before us is George Sisneros's appeal from a grant of qualified immunity to Officer Ronald Oreskovich and Sheriff Kirk Taylor, as well as the district court's denial of Mr. Sisneros's motion for leave to amend his complaint. The injuries Mr. Sisneros suffered are serious and saddening. But the district court thoroughly and carefully surveyed the relevant facts and law in four separate orders spanning more than forty pages before concluding that governing precedent required it first to grant qualified immunity and then to dismiss the case. After our own independent and searching review of the briefs and record in this case, we are able to discern no reversible error in the district court's analysis. Neither are we able to see anything we might usefully say that has not been said already. Accordingly, we affirm for substantially the reasons the district court provided in its extensive opinions.

ENTERED FOR THE COURT


Neil M. Gorsuch
Circuit Judge